NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HYUNDAI HEAVY INDUSTRIES CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, ABB, INC.,**
*Defendants-Appellees*

---

2020-1005

---

Appeal from the United States Court of International Trade in No. 1:17-cv-00054-MAB, Judge Mark A. Barnett.

---

**JUDGMENT**

---

DAVID EDWARD BOND, White & Case LLP, Washington, DC, argued for plaintiff-appellant.  Also represented by RON KENDLER.

JOHN JACOB TODOR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by ETHAN P. DAVIS, JEANNE DAVIDSON, FRANKLIN E. WHITE, JR.

ROBERT ALAN LUBERDA, Kelley Drye & Warren, LLP,

Washington, DC, argued for defendant-appellee ABB, Inc. Also represented by MELISSA M. BREWER, DAVID C. SMITH, JR.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 8, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court